UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-02521-CAS (DFM) | Date | August 2, 2018 |
|---|---|---|---|
| Title | Raymond J. Kitilya v. Pomona Police Department | | |

| Present: The Honorable | Douglas F. McCormick | |
|---|---|---|
| N. Boehme | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:** (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute

    Plaintiff filed his civil rights complaint on March 28, 2018. See Dkt. 1. On May 29, 2018, the Court dismissed the complaint with leave to amend. See Dkt. 7. The Court ordered Plaintiff to file a first amended complaint by July 3, 2018, and warned him that if he failed to do so, the Court would recommend that the case be dismissed for failure to diligently prosecute. See id. at 6.

    Plaintiff did not file an amended complaint by the deadline, nor did he seek an extension of time in which to do so. Plaintiff's failure to take any action evidences a failure to prosecute. Accordingly, **on or before twenty-one (21) days of the date of this order, Plaintiff is ORDERED** to show good cause in writing why the Court should not dismiss this action for failure to prosecute. **Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**

                                                                                            :
                              Initials of Clerk    nb