JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND J. KITILYA, | No. CV 18-02521-CAS (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| POMONA POLICE DEPARTMENT, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this entire action is dismissed without prejudice for failure to prosecute.

Dated: October 17, 2018

_____
CHRISTINA A. SNYDER
United States District Judge